■ ARLENE BRADLEY, Respondent, v ROBERT BRADLEY, SR., Appellant. [636 NYS2d 690] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's cross motion to reduce the maintenance and life insurance obligations set forth in the judgment of divorce. Defendant failed to meet his burden of establishing a substantial change in circumstances warranting a downward modification of those obligations *(see,* Domestic Relations Law § 236 [B] [9] [b]; *Klapper v Klapper,* 204 AD2d 518, 519). Further, in denying the cross motion, the court properly declined to consider evidence of plaintiff's financial circumstances *(see, Matter of Derrick v Derrick,* 162 AD2d 348, *lv denied* 76 NY2d 708). (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Maintenance.) Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.